1  Reuben D. Nathan, Esq. (SBN 208436)
   Ross C. Cornell, Esq.(SBN 210413)
2  AZIMY & NATHAN, LLP
   18500 Von Karman Ave., Suite 500
3  Irvine, California 92612
   Phone:  (949) 486-1888
4  Fax:     (949) 486-1889

5
   Attorneys of Record for Plaintiff,
6  PEGGY LAWLESS

7

8

## JS-6

9        **UNITED STATES DISTRICT COURT**

10        **CENTRAL DISTRICT OF CALIFORNIA**

11

12  PEGGY LAWLESS,                          Case No.:SACV07-891 JVS (ANx)

13                    Plaintiff,

14           v.                             **ORDER OF STIPULATION OF DISMISSAL**

15

16  HAN A. CHUA as Trustee of THE
17  CHUA FAMILY TRUST; AMY A .
    CHUA as Trustee of the CHUA
18  FAMILY TRUST; THE CHUA
19  FAMILY TRUST; LAS POTRANCAS,
    INC. dba FOUNTAIN VALLEY MINI-
20  MART & LIQUOR and Does 1 through
21  10, inclusive

22

23                    Defendants.

24

25

26

27

28

- 1 -

**ORDER OF STIPULATION OF DISMISSAL**

1

### ORDER

2

      Pursuant to the stipulation of the parties, **IT IS ORDERED** that the above-

3

4   captioned matter is dismissed as to all claims and all Defendants, with prejudice.

5

6

7

8

9   Dated:  September 15, 2008         _____

10                           United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

**ORDER OF STIPULATION OF DISMISSAL**